UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK; DAVID A. PATERSON, in his capacity as Governor of the State of New York; ANDREW M. CUOMO, in his capacity as Attorney General of the State of New York; MADISON COUNTY, NEW YORK; and ONEIDA COUNTY, NEW YORK,

                              Plaintiffs,

– against –

KENNETH L. SALAZAR, Secretary, United States Department of the Interior; JAMES E. CASON, Associate Deputy Secretary of the Interior; P. LYNN SCARLETT, Deputy Secretary of the Interior; FRANKLIN KEEL, Eastern Regional Director, Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES OF AMERICA; JAMES A. WILLIAMS, Acting Administrator, United States General Services Administration; UNITED STATES GENERAL SERVICES ADMINISTRATION,

                              Defendants,

and

ONEIDA NATION OF NEW YORK,

                              Defendant-Intervenor.

**Civ. Action No.
6:08-cv-00644 (LEK)
(GJD)**

### NOTICE OF MOTION TO (A) COMPEL PRODUCTION OF ADMINISTRATIVE RECORD DOCUMENTS AND (B) AUTHORIZE DISCOVERY TO SUPPLEMENT THE ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that upon the Declaration of David M. Schraver dated October 30, 2009, the exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned shall move this Court, before the Honorable Gustave J. DiBianco, United States Magistrate Judge, at the James Hanley Federal Building, 100 S. Clinton Street, Syracuse, New York, on December 3, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard, for

12763230.1

- 2 -

an order (a) compelling the Government Defendants to produce administrative record documents and (b) authorizing discovery to supplement the administrative record.

PLEASE TAKE NOTICE that, in accordance with Local Rule 7.1(b)(2) a court conference was held with Magistrate Judge DiBianco on July 14, 2009, regarding the issues presented in this motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 7.1(b), Defendants' opposition papers, if any, shall be served on counsel not less than 17 days prior to the return date of this motion; and any reply papers thereto will be filed not less than 11 days prior to the return date of this motion.

| | |
|---|---|
| Dated: October 30, 2009 | ANDREW M. CUOMO<br>Attorney General of the State of New York,<br>Pro Se and as Attorney for the State of New York and Governor David A. Paterson |
| Of Counsel:<br><br>WHITE & CASE LLP<br><br>Dwight A. Healy, Esq.<br>Bar Roll No: 302232<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>Tel:    212-819-8200<br>Fax:   212-354-8113 | By:   */s/ Robert A. Siegfried*<br>   ROBERT A. SIEGFRIED, AAG<br>   Bar Roll No:  102608<br>   Tel:  518-473-5097<br>   E-Mail:  Robert.Siegfried@oag.state.ny.us<br><br>   DAVID B. ROBERTS, AAG<br>   Bar Roll No:  102455<br>   Tel:  518-408-2516<br>   E-Mail:  David.Roberts@oag.state.ny.us<br>Office of the Attorney General<br>The Capitol<br>Albany, New York  12224<br><br>NIXON PEABODY LLP<br>Attorney for Madison County, New York and Oneida County, New York<br><br>By:   */s/ David M. Schraver*<br>   DAVID M. SCHRAVER<br>   Bar Roll No:  105037<br>   1100 Clinton Square |

- 3 -

        Rochester, NY  14604-1792
        Tel:  585-263-1000
        E-Mail:  DSchraver@nixonpeabody.com


        DAVID H. TENNANT, ESQ.
        Bar Roll No:  510527
        1100 Clinton Square
        Rochester, NY  14604-1792
        Tel:  585-263-1000
        E-Mail:  DTennant@nixonpeabody.com